AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

John E. Manning,

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-207M

I, __John E. Manning_____, charged in a (complaint) (petition) pending in this District with __possession of child pornography_____ in violation of Title __18_____, U.S.C., __2252 & 2252A_____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

__11-6-2007__
Date

_____
Counsel for Defendant

FILED
NOV - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE