UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 07-207-M ) |
| JOHN E. MANNING, | ) ) |
| Defendant. | ) |

### ORDER OF PSYCHOLOGICAL EVALUATION

**AND NOW**, this **9th** day of **November, 2007**, the Court having held a teleconference on **November 9th, 2007, IT IS ORDERED THAT** the defendant have a psychological health evaluation to be conducted by Catherine M. Barber, PhD., a medical professional deemed acceptable by the government, defendant, and Pretrial Services.

**IT IS FURTHER ORDERED THAT** the psychological health evaluation be released to the Pretrial Services officer and distributed to the Court, government, and defendants; **AND** that both parties shall submit a written response to Dr. Barber's report no later than **November 16, 2007 at 5:00 pm**.

**IT IS FURTHER ORDERED THAT** the Detention Hearing scheduled for **November 9th, 2007** be continued until **November 19th, 2007** at **3:00 pm** before U.S. Magistrate Judge Leonard P. Stark.

_____
Honorable Leonard P. Stark
U.S. Magistrate Judge

**FILED**
NOV -9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

cc: Defense Counsel
    United States Attorney
    USPO